UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

JEFFERY JACKSON,

    Plaintiff,

v.                                     Case No. 1:25-cv-324

CITY OF GRAND RAPIDS, *et al,*      Hon. Paul L. Maloney

    Defendants.

_____/

**ORDER STAYING AND ADMINISTRATIVELY CLOSING THE CASE**

Plaintiff has filed a petition for writ of mandamus with the Sixth Circuit Court of Appeals (Case No. 25-1279) (ECF No. 6). Given this filing, the Court deems it prudent to stay this action pending the Sixth Circuit's decision on this matter. Accordingly, this case is **STAYED** and **ADMINISTRATIVELY CLOSED** pending further order of the Court.

**IT IS SO ORDERED**.

Dated: April 23, 2025                          /s/ Ray Kent
                                                              RAY KENT
                                                               United States Magistrate Judge